SKAPIK LAW GROUP
Mark J. Skapik (SBN 164957)
Geralyn L. Skapik (SBN 145055)
Blair J. Berkley (SBN 222293)
Matthew T. Falkenstein (SBN 333302)
5861 Pine Avenue, Suite A-1
Chino Hills, California 91709
Telephone:  (909) 398-4404
Facsimile:   (909) 398-1883
Email: mskapik@skapiklaw.com, gskapik@skapiklaw.com, bberkley@skapiklaw.com, mfalkenstein@skapiklaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA FIGUEROA, an individual and guardian ad litem to ERIK LOZA,<br><br>         Plaintiff,<br><br>    vs.<br><br>COUNTY OF SAN BERNARDINO dba ARROWHEAD REGIONAL MEDICAL CENTER; and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No. 5:22-cv-01948-SSS-KK<br><br>[Assigned to Judge Sunshine Suzanne Sykes]<br>[Assigned to Magistrate Judge Kenly Kiya Kato]<br><br>**JOINT REQUEST FOR IN-PERSON APPEARANCE AT THE HEARING DATED MARCH 10, 2023** |

/ / /

/ / /

/ / /

/ / /

1  Counsel for both parties, having met-and-conferred pursuant to this Court's
2  standing order and Local Rule 7-3, hereby jointly request leave of this Court to allow in-
3  person appearances for the hearing in this matter set for March 10, 2023.

Dated: March 6, 2023                              **SKAPIK LAW GROUP**

                                         By:   */s/ Matthew T. Falkenstein*
                                                Mark J. Skapik
                                                Geralyn L. Skapik
                                                Blair J. Berkley
                                                Matthew T. Falkenstein
                                                Eric C. Morris
                                                Attorneys for Plaintiff
                                                SANDRA FIGUEROA, guardian *ad litem* to
                                                ERIK LOZA

Dated: March 6, 2023                              **DAVIS, GRASS, GOLDSTEIN & FINLAY**

                                         By:   *John R. MacRill*
                                                Jeffrey W. Grass
                                                John R. MacRill, III
                                                Attorneys for Defendant
                                                COUNTY OF SAN BERNARDINO