```
SKAPIK LAW GROUP
Mark J. Skapik (SBN 164957)
Geralyn L. Skapik (SBN 145055)
Blair J. Berkley (SBN 222293)
Matthew T. Falkenstein (SBN 333302)
5861 Pine Avenue, Suite A-1
Chino Hills, California 91709
Telephone:  (909) 398-4404
Facsimile:   (909) 398-1883
Email: mskapik@skapiklaw.com, gskapik@skapiklaw.com,
bberkley@skapiklaw.com, mfalkenstein@skapiklaw.com
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK LOZA, an individual, by and through his guardian ad litem, SANDRA FIGUEROA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF SAN BERNARDINO dba ARROWHEAD REGIONAL MEDICAL CENTER; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 5:22-cv-01948-SSS-DTBx<br><br>[Assigned to Judge Sunshine Suzanne Sykes]<br>[Assigned to Magistrate Judge David T. Bristow]<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |

**TO THE HONORABLE COURT:**

　　Pursuant to <u>Federal Rule of Civil Procedure</u> 41(a)(1)(A)(ii), the undersigned counsel for all parties who have appeared in this case hereby stipulate to the dismissal of defendant, COUNTY OF SAN BERNARDINO dba ARROWHEAD REGIONAL MEDICAL CENTER, in the above-captioned action, with prejudice, thereby dismissing this entire action. Each side is to bear its own fees and costs incurred in this matter.

///

///

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**
**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]**

1  Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this Stipulation attests that all
2  other signatories listed, and on whose behalf the filing is submitted, concur in the
3  filing's content and have authorized the filing.

SKAPIK LAW GROUP

Dated: October 1, 2024      By:   */s/ Matthew T. Falkenstein*
                                   Mark J. Skapik
                                   Geralyn L. Skapik
                                   Blair J. Berkley
                                   Matthew T. Falkenstein
                                   Attorneys for Plaintiff

DAVIS GRASS GOLDSTEIN & FINLAY

Dated: October 2, 2024      By:   */s/ John R. MacRill, III*
                                   John R. MacRill, III
                                   Attorneys for Defendant

- 2 -

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**
**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]**