UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK LOZA, an individual, by and through his guardian ad litem, SANDRA FIGUEROA,<br><br>            Plaintiff,<br><br>    vs.<br><br>COUNTY OF SAN BERNARDINO dba ARROWHEAD REGIONAL MEDICAL CENTER; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 5:22-cv-01948-SSS-DTBx<br><br>[Assigned to Judge Sunshine Suzanne Sykes]<br>[Assigned to Magistrate Judge David T. Bristow]<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |

On September 27, 2024, the parties filed their Joint Stipulation for Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), for voluntary dismissal, with prejudice, of defendant, COUNTY OF SAN BERNARDINO dba ARROWHEAD REGIONAL MEDICAL CENTER, in the above-captioned action.

///

///

///

///

The Court having considered the Parties Stipulation and finding good cause therefore, hereby GRANTS the Stipulation and ORDERS as follows:

1. Defendant, COUNTY OF SAN BERNARDINO dba ARROWHEAD REGIONAL MEDICALCENTER, is dismissed with prejudice in the above-captioned action.
2. The above-captioned action is dismissed in its entirety with prejudice.
3. The Parties shall bear their own fees and costs associated with the dismissal of Defendant and claims.

DATED:

                                       JUDGE SUNSHINE SUZANNE SYKES
                                       United States District Judge

[PROPOSED] ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE [Fed. R. Civ. P. 41(a)(1)(A)(ii)]